# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| CARLISSA ROBINSON, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:25-cv-02248-SHL-tmp |
| ) | |
| INTER-CON SECURITY SYSTEMS, INC. ) | |
| ) | |
| Defendant. ) | |

## ORDER OF TRANSFER

The above case is hereby transferred to United States District Judge Mark S. Norris for all other proceedings.

**IT IS SO ORDERED,** this 25th day of June, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE